IN RE:

    DONG HUN KWAG,                                        Case No. 06-32191-dof
                                                                                                       Chapter 7
           Debtor.                                       Hon. Daniel S. Opperman

_____/

COVENTRY COMMONS, LLC,

    Plaintiff,

v.                                                                                                    Adv. Pro. No. 07-3002

DONG HUN KWAG,

    Defendant.

_____/

## ORDER AWARDING FEES AND EXPENSES IN FAVOR OF PLAINTIFF, COVENTRY COMMONS, LLC, AND AGAINST DEFENDANT, DONG HUN KWAG

For the reasons stated in an Opinion of even date, fees and expenses in the amount of $3,832.82 are awarded in favor of Plaintiff, Coventry Commons, LLC, and against Defendant, Dong Hun Kwag.

Judgment in favor of Plaintiff and against Defendant in the amount of $3,832.82 is entered accordingly.

**Signed on September 17, 2008**

                                                                                               **/s/ Daniel S. Opperman**
                                                                                **Daniel S. Opperman**
                                                                                 **United States Bankruptcy Judge**